IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

GREGORY N. STORMS,

     Appellant,

v.

GREEN TREE SERVICING, LLC,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-2719

Opinion filed April 3, 2017.

An appeal from the Circuit Court for Santa Rosa County.
John F. Simon, Jr., Judge.

Benjamin L. Alexander and Morgan Bottger of Liberis Law Firm, P.A., Pensacola,
for Appellant.

Michael T. Ruff of Timothy D. Padgett, P.A., Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

B.L. THOMAS, RAY, and KELSEY, JJ., CONCUR.